# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST et al,<br><br>Plaintiffs,<br>v.<br><br>DANIEL LEE HARRISON, an individual doing business as DANIEL HARRISON CONSTRUCTION<br><br>Defendant. | Case No.: 2:18-cv-4365-CBM-MRW×<br><br>**JUDGMENT**<br><br>JS6 |

Consistent with the Court's Orders regarding Plaintiffs' motions for summary judgment and Plaintiffs' motion for attorneys' fees, (Dkt. Nos. 41, 44) judgment is hereby entered in favor of the Plaintiffs in the amounts of $85,662.21 plus interest for damages, and $33,406.50 in attorney's fees.

DATED: October 8, 2019

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

cc: FISCAL

1